# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER SCOTT PFOFF,<br><br>Defendant. | Case No. 18-CR-74 (SRN/KMM)<br><br>**RULE 60(a) REQUEST** |

Katharine Buzicky and Sarah Huddleston, United States Attorney's Office, 300 S. 4th St., Ste. 600, Minneapolis, MN 55415, for Plaintiff.

Christopher Scott Pfoff, No. 21456-041, USP-Marion, P.O. Box 1000, Marion, IL 62959, Pro Se.

SUSAN RICHARD NELSON, United States District Judge

On February 26, 2020, the Court denied Christopher Scott Pfoff's Motion to Vacate Pursuant to 28 U.S.C. § 2255, (Feb. 26, 2020 Order [Doc. No. 67]), and judgment was entered against him [Doc. No. 68].) On March 20, 2020, Pfoff filed a Pro Se Notice of Appeal [Doc. No. 70], and the Eighth Circuit docketed his appeal, which remains pending. (*See Pfoff v. United States*, No. 20-1615 (8th Cir. Mar. 24, 2020).)

This Court would like to reconsider its prior ruling and judgment, addressing arguments raised in Pfoff's reply memorandum, with further input from the parties. Accordingly, pursuant to Fed. R. Civ. P. 60(a), the Court seeks leave from the Eighth Circuit Court of Appeals to vacate its order dated February 26, 2020 [Doc. No. 67], and

1

judgment dated February 27, 2020 [Doc. No. 68].

Dated: March 31, 2020

Respectfully submitted,

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge